# UNITED STATES DISTRICT COURT

__Eastern__ District of __Pennsylvania__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | |
| GEORGE VASILAKIS | Case Number: DPAE2:10CR000181-001 |
| | USM Number: 65212-066 |
| | C. Scott Shields, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

X pleaded guilty to count(s)   1-26

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 18:924(a)(1)(A) | Making a False Statement to a Federal Firearms Licensee | May 18, 2009 | 1-26 |

FILED

The defendant is sentenced as provided in pages 2 through __16__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 15, 2010
Date of Imposition of Judgment

/S/ JUDGE LEGROME D. DAVIS
Signature of Judge

Legrome D. Davis, J.
Name and Title of Judge

November 16, 2010
Date

DEFENDANT: GEORGE VASILAKIS
CASE NUMBER: DPAE2:10CR000181-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

40 months

The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

X The defendant shall surrender to the United States Marshal for this district:

    at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of

    X before 2 p.m. on  January 3, 2011 .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: GEORGE VASILAKIS
CASE NUMBER: DPAE2:10CR000181-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

### 3 YEARS

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

X  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: GEORGE VASILAKIS
CASE NUMBER: DPAE2:10CR000181-001

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall comply with full financial disclosure to the United States Probation Department and is not permitted to open any lines of credit or credit while on supervised release.

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment—Page 4 of 16

DEFENDANT: GEORGE VASILAKIS
CASE NUMBER: DPAE2:10CR000181-001

DEFENDANT: GEORGE VASILAKIS
CASE NUMBER: DPAE2:10CR000181-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| **TOTALS** | $ 2,600 | $ 7,500 | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|------------------|-------------------------|----------------------------|
| **TOTALS** | $ 0 | $ 0 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:    GEORGE VASILAKIS  
CASE NUMBER:    DPAE2:10CR000181-001

Judgment — Page 6 of 16

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**   X   Lump sum payment of $ __2,600__ due immediately, balance due

      ☐ not later than _____ , or  
      X in accordance   ☐ C,   X D,   ☐ E, or   ☐ F below; or

**B**   ☐   Payment to begin immediately (may be combined with   ☐ C,   X D, or   ☐ F below); or

**C**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**   X   Payment in equal __monthly__ (e.g., weekly, monthly, quarterly) installments of $ __100__ over a period of __3 years__ (e.g., months or years), to commence __30 days__ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**   ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

     Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

X   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

DEFENDANT: GEORGE VASILAKIS
CASE NUMBER: DPAE2:10CR000181-001

# ADDITIONAL FORFEITED PROPERTY

1) AOD, 45 caliber, Serial 3 A0A08144;

2) Armalite, Model AR-18;

3) Armi Atis, 635 caliber, Serial # 1958;

4) Armi Fratelli, Model TZ75C, 9mm, serial #H15095;

5) Armi, 9mm, Serial # G17328;

6) Beratta, Model 92F, Serial # C66052Z;

7) Beretta Pietro S.P.A., Model A303, 12 Caliber, Serial # L89095E;

8) Beretta Pietro S.P.A., 765 caliber, Serial # 544804;

9) Beretta Pietro S.P.A., serial # PB6249;

10) Beretta, Model 84, 380 caliber, Serial # D45451Y;

11) Beretta, Model 9000, 40 caliber, Serial # SN012408;

12) Beretta, Model 9000S, 9mm, Serial # SZ013611;

13) Beretta, Model 92, 9mm, Serial # BER182589;

14) Beretta, Model 92, 9mm, Serial # BER452660;

15) Beretta, Model 92F, 9mm, Derial # D50465Z;

16) Beretta, Model 92F, 9mm, Serial #D51024Z;

17) Beretta, Model 92FS, 9mm, Serial # BER165629Z;

18) Beretta, Model 92FS, 9mm, Serial # BER197397Z;

19) Beretta, Model 92FS, 9mm, Serial # BER2056752;

20) Beretta, Model 92FS, Serial # BER325651;

21) Beretta, Model PX$ Storm, 9mm, Serial # PX15076;

22) Beretta, Model 9000s, 9mm, Serial # SZ021802;

23) Beretta, Model 92, 9mm, Serial # BER414637;

24) Beretta, Model 92, 9mm, Serial # H347127;

25) Beretta, Model 92F, 9mm, Serial # BER3788672;

26) Beretta, Model 92FS, 9mm, Serial # H28646Z;

27) Berreta, Model 92, 9mm, Serial # C47234Z;

28) Berretta, Model 84BB, 380 caliber, Serial # D56643Y;

29) Berretta, Model 92FP, 9mm, Serial # BER048166;

30) Bersa, Model 383, 380 caliber, Serial # 100033;

31) Browning, 308 caliber, Serial # 06792K57;

32) Browning, Model High Power, 9mm, Serial # 245N752830;

33) BSA (Birmingham Small Arms), Serial # 25493;

34) Bushmaster Firearms, Model XM-15, 223 caliber, Serial # L278844;

35) Bushmaster Firearms, Model XM-15, 223 caliber, Serial # L373333;

36) Colt, Model King Cobra, 357 caliber, Serial # CK4647;

37) Colt, Model King Cobra, 357 caliber, Serial # EK9021;

38) Colt, Model Match Target, 223 caliber, Serial # CSL003837;

39) Colt, 45 caliber, Serial # 511771;

40) Colt, Model King Cobra, 357 magnum, Serial # AA3060;

41) Colt, Model Delta Elite, 10 mm, Serial # DE25639;

42) Colt, Model Gold Cup, 45 caliber, Serial # FN28224;

43) Colt, Model MKIV, 45 caliber, Serial # SS45496;

44) Crescent Fire Arms Co., Model Peerless, Serial # 278366;

45) CZ(Ceska Zbrojovka), Model CZ 38, 38 caliber, Serial # 289855;

46) Daewoo, Model DP51, 9mm, Serial # 13880;

47) Eagle Arms, Model J-15, 223 caliber, Serial # EA2225;

48) Enfield, Model MK1, 303 caliber, Serial # 76L5834;

49) Erma Werke Gmbh, Model RX22, 22 caliber, Serial # J10773;

50) F.N. (Fn Herstal), Model 1910/22, 32 caliber, Serial # 196798;

51) Fabrica De Armas S.E.A.M., Model 1956, 762 caliber, Serial # FR844867;

52) Fabrique National, Model 57, 5.7mm, Serial # 386154167;

53) Feg, 9mm, Serial # R52993;

54) Firearms Import & Export, Model TZ75C, 9mm, Serial # H15096;

55) Firestorm, Model Mini-compact, 45 caliber, Serial # 71040833803;

56) Francaise D'armes et Cycles-manufrance, Serial # 9509;

57) Germany, Model P.38, 9mm, Serial # 1889;

58) Glock 21SF, 45 caliber, Serial # MYP665;

59) Glock GMBH, Model 17, 9mm, Serial # MUH443;

60) Glock GMBH, Model 19, 9mm, Serial # KTE761;

61) Glock GMBH, Model 23C, 40 caliber, Serial # DNF024;

62) Glock GMBH, Model 23C, 40 caliber, Serial # DNF042;

63) Glock GMBH, Model 30 , 45 caliber, Serial # MTK002;

64) Glock, Model 17, 9mm, Serial # BGR989US;

65) Glock, Model 17, 9mm, Serial # BKN683US;

66) Glock, Model 17, 9mm, Serial # CM940US;

67) Glock, Model 17, 9mm, Serial # CX588US;

68) Glock, Model 17, 9mm, Serial # ES946;

69) Glock, Model 17, 9mm, Serial # HZB292;

70) Glock, Model 17, 9mm, Serial # KNK959;

71) Glock, Model 17C, 9mm, Serial # KYN325;

72) Glock, Model 19, 9mm, Serial # EVZ092US;

73) Glock, Model 19, 9mm, Serial # EVZ093US;

74) Glock, Model 19C, 9mm, Serial # HSD671;

75) Glock, Model 21, 45 caliber, Serial # FVZ164;

76) Glock, Model 21, 45 caliber, Serial # FVZ208;

77) Glock, Model 21, 45 caliber, Serial # KUT551;

78) Glock, Model 23, 40 caliber, Serial # AHF662;

79) Glock, 45 caliber, Serial # FYC895;

80) Glock, Model G30, 45 caliber, Serial # GLL025;

81) Glock, Model 19, 9mm, Serial # BMV307US;

82) Glock, Model 19, 9mm, Serial # LEF333;

83) Glock, Model 19, 9mm, Serial # LGC840;

84) Glock, Model 21, 45 caliber, Serial # BNW678US;

85) Glock, Model 21, 45 caliber, Serial # FKHR829;

86) Glock, Model 36, 45 caliber, Serial # DVS84345;

87) Gustaf Carl, Model 1916, Serial # MB69162;

88) Heckler & Koch , Model USP, 9mm, Serial # 24-028886;

89) Heckler & Koch, Model USP, 9mm, Serial # 24040830;

90) Hercules Pen Gun, Serial # A3427;

91) Italy, Model 1891 Mann/Carcano, 65 caliber, Serial # A04907;

92) Ithaca Gun Co., Model 37R, 12 caliber, Serial # 739388;

93) Izhmash (Imez), Model SAIGA, 223 caliber, Serial # H02161458;

94) Japan, Model Arisaka Type 99, 77 caliber, Serial # 55488;

95) Keltec CNC Industries Inc., Model SU-16, 16 caliber, Serial # N4G58;

96) Keltec, Model P11, 9mm, Serial # AFW60;

97) Keystone Sporting Arms, 410 caliber, Serial # A129991;

98) Loewe, Model Mauser Modelo Argent, Serial # A5339;

99) Luger, Model DWM, 9mm, Serial # 4640;

100) Luger, Model S/42, 9mm, Serial # 5413;

101) M.A.B., Model Lechasseur, 22 caliber, Serial # 6254;

102) Machine Gun, 308 caliber, Serial # G27153;

103) Machine Gun, 9mm, Serial # 80759;

104) Machine Gun, 9mm, Serial # FZ1487;

105) Machine Gun, 9mm, Serial # KR118185;

106) Manurhin S.A., Model PP, 765 caliber, Serial # 93425;

107) Marlin Firearms Co., Model 30AS, 30-30 caliber, Serial # 14080650;

108) Marlin Firearms Co., Model 512, 12 caliber, Serial # 5422941;

109) Marlin Firearms Co., Model 60, 22 caliber, Serial # 11282078;

110) Marlin Firearms Co., Model 60, 22 caliber, Serial # 12471325;

111) Marlin Firearms Co., Model 60, 22 caliber, Serial # 13332905;

112) Marlin Firearms Co., Model 60, 22 caliber, Serial # 6267039;

113) Marlin Firearms Co., Glenfield Model 60, 22 caliber, Serial # 25428676;

114) Mauser, Model 98, 8 caliber, Serial # 8661;

115) Mauser, Serial # 214900;

116) Mauser, 765 caliber, Serial # 138963;

117) Mosin-nagant, Model M/38, 762 caliber, Serial # LSH7088;

118) Norinc (North China Industries), Model 54-1, 762 caliber, Serial # 501693;

119) Norinc (North China Industries), Model SKS, 762 caliber, Serial # 122022787;

120) Norinc (North China Industries), Model SKS, 762 caliber, Serial # 22022909;

121) Norinc (North China Industries), 762 caliber, Serial # 22035409;

122) Para-ordnance Mfg. Inc., Model P12-45, 45 caliber, Serial # RJ1447;

123) Remington Arms Company Inc., Model 1889, 12 caliber, Serial # 213716;

124) Remington Arms Company Inc., Model 1903, 30-06 caliber, Serial # 3148982;

125) Remington Arms Company Inc., Model 512 X, 22 caliber, Serial # BN49;

126) Remington Arms Company Inc., Model 760, 30-06 caliber, Serial # 145433;

127) Remington Arms Company Inc., Model 870 Express, 12 caliber, Serial # W867836M;

128) Rossi, Model M851, 38 caliber, Serial # J046676;

129) Rossi, Model P462, 357 Mag, Serial # C0764567;

130) Rossi, Model M88, 38 caliber, Serial # W372247;

131) Ruger, Model 10/22 Carbine, 22 caliber, Serial # 257-45472;

132) Ruger, Model Mark II, 22 caliber, Serial # 211-22370;

133) Ruger, Model Mini-14, 223 caliber, Serial # 18611845;

134) Ruger, Model Single-Six, 22 caliber, Serial # 192505;

135) Ruger, Model SR9, 9mm, Serial # 330-34908;

136) Ruger, Model 94DC, 9mm, Serial # 30847137;

137) Ruger, Model P89, 9mm, Serial # 31039050;

138) Ruger, Model P90, 45 caliber, Serial # 66079627;

139) Ruger, Model P90, 45 caliber, Serial # 66358481;

140) Ruger, Model P95, 9mm, Serial # 31487559;

141) Ruger, Model P95DC, 9mm, Serial # 31118874;

142) Ruger, Model SR9, 9mm, Serial # 33002194;

143) Ruger, Model SR9, 9mm, Serial # 330-63701;

144) Ruger, Model MP890, 9mm, Serial # 30969922;

145) Ruger, Model P345, 45 caliber, Serial # 66440922;

146) Ruger, Model P90, 45 caliber, Serial # 66108912;

147) Ruger, Model SR9, 9mm, Serial # 33050646;

148) Ruger, Model SR9, 9mm, Serial # 33002303;

149) Savage, Model 110, 30-06 caliber, Serial # F273711;

150) Savage, Model 94A, 16 caliber;

151) Sig Sauer (Sig-arms), Model P239, 9mm, Serial # SA-24276;

152) Sig Sauer, Model P226, 9mm, Serial # V191258;

153) Sig Sauer, Model P230, 380 caliber, Serial # S009415;

154) Sig Sauer, Model P220, 45 caliber, Serial # G266048;

155) Sky Industries LLC, Model CPX-1, 9mm, Serial # 018118;

156) Smith & Wesson, Model 3000, 12 caliber, Serial # FC41951;

157) Smith & Wesson, 32 caliber, Serial # 121388;

158) Smith & Wesson, 357 Mag, Serial # BBW7296;

159) Smith & Wesson, 9mm, Serial # PDB2708;

160) Smith & Wesson, 9mm, Serial # PDF5249;

161) Smith & Wesson, 9mm, Serial # RAY2081;

162) Smith & Wesson, Model SW9VE, 9mm, Serial # RBA6408;

163) Smith & Wesson, Model SW9VE, 9mm, Serial # RBE5147;

164) Smith & Wesson, Model SW9VE, 9mm, Serial # PDY0419;

165) Smith & Wesson, Model SW9VE, 9mm, Serial # RAL4551;

166) Smith & Wesson, Model SW9VE, 9mm, Serial # RAT1686;

167) Smith & Wesson, Model SW9VE, 9mm, Serial # RBB0245;

168) Smith & Wesson, Model 640, 357 caliber, Serial # CCD4862;

169) Smith & Wesson, 9mm, Serial # SAK0531;

170) Smith & Wesson, Model SW99, 45 caliber, Serial # SAH1122;

171) Smith & Wesson, Model SW9VE, 9mm, Serial # DSH5265;

172) Smith & Wesson, Model SW9VE, 9mm, Serial # PAC3616;

173) Smith & Wesson, Model SW9VE, 9mm, Serial # RAV5321;

174) Smith & Wesson, Model SW9VE, 9mm, Serial # PDJ3246;

175) Smith &Wesson, 9mm, Serial # TDJ6765;

176) Smith & Wesson, Model 28, 357 Mag, Serial # S211742;

177) Smith & Wesson, Model 39, 9mm, Serial # 64393;

178) Smith & Wesson, Model 3913, 9mm, Serial # VAV4515;

179) Smith & Wesson, Model 422, 22 caliber, Serial # TBP5532;

180) Smith & Wesson, Model 422, 22 caliber, Serial # TBP5532;

181) Smith & Wesson, Model 59, 9mm, Serial # A467351;

182) Smith & Wesson, Model SW9VE, 9mm, Serial # PDR3646;

183) Smith & Wesson, Model SW9VE, 9mm, Serial # RAZ2808;

184) Smith & Wesson, Model 60, 38 Spl, Serial # BNF8972;

185) Smith & Wesson, Model 469, 9mm, Serial # TAC4326;

186) Smith & Wesson, Model SW9VE, 9mm, Serial # RBM3097;

187) Springfield Armory, Model 1911, 45 caliber, Serial # N500747;

188) Springfield Armory, Model XD9, 9mm, Serial # US116113;

189) Springfield Armory, Model 1911A1, 45 caliber, Serial # WW19710;

190) Sten-type Machine Gun, 9mm;

191) Steyr, Model 1886, 8 caliber, Serial # KK293;

192) Switzerland, Model Karabiner Model 31, 75 caliber, Serial # 421984;

193) Taurus, Model PT 58 SS, 380 caliber, Serial # KNE77699;

194) Taurus, Model M605, 357 Mag, Serial # XE93193;

195) Taurus, Model PT92AF, 9mm, Serial # TH142744;

196) Taurus, 357 Mag, Serial # YH97996;

197) Tear Gas Launcher, Model 37, Serial # 8448378;

198) Tokarev, Model TT-33, 762 caliber, Serial # N7384;

199) Tula Arsenal, Model SKS, 762 caliber, Serial # 3M8781;

200) Walther, Model G22, 22 caliber, Serial # PW014009;

201) Walther, Model P38, 9mm, Serial # 802 N;

202) Walther, Model PPK/S, 380 caliber, Serial # 54038;

203) Walther, Model PK/S, 380 caliber, Serial # 5057871;

204) Unknown Manufacturer, Model 116 MK, 22 caliber, Serial # A320085;

205) Unknown Manufacturer, Model 1935-A, 765 caliber, Serial # 9120A;

206) Unknown Manufacturer, Model 22 Short, 22 caliber, Serial # 556672;

207) Unknown Manufacturer, Model 31, 22 caliber;

208) Unknown Manufacturer, Model 583.20, 12 caliber;

209) Unknown Manufacturer, Model CHL, 765 caliber, Serial # 323050;

210) Unknown Manufacturer, Model Crickett, 22 caliber;

211) Unknown Manufacturer, 22 caliber;

212) Unknown Manufacturer, Model M49, 22 caliber;

213) Unknown Manufacturer, 762 caliber, Serial # 1015755;

214) Unknown Manufacturer, 762 caliber, Serial # 1205437; and

215) a .22 caliber Silencer.